ACCEPTED
01-15-00004
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 3:33:23 PM
CHRISTOPHER PRINE
CLERK



# Watts & Company Lawyers, LTD.
### for We the People, civil rights still matter.

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/10/2015 3:33:23 PM
CHRISTOPHER A. PRINE
Clerk

February 10, 2015

Christopher Pine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE:   Case No. 01-15-00004-CV; *Nikki Sides individually and on behalf of the estate of Thomas Middleton v. Texas Department of Criminal Justice*

Dear Mr. Pine,

Plaintiff filed this appeal on January 4, 2015 from the final judgment granting Defendant's Plea to the Jurisdiction.

On February 2, 2015, Plaintiff received the attached invoice for preparation of the Clerk's Record and immediately sent payment.

There is a Reporter's Record in this case, recording the December 5, 2014 hearing on Defendant's Plea to the Jurisdiction; however, Plaintiff has been unable to determine the court reporter from whom the record must be requested.

Plaintiff originally requested the reporter's record on January 27, 2015. Plaintiff was informed that the official court reporter had not been at the court that day. Instead, Plaintiff was given the information for a substitute court reporter, Vanessa Owens. Plaintiff contacted Ms. Owens and requested the record. Ms. Owens contacted Plaintiff's counsel on or about Thursday, February 5, 2015, and after much confusion, it was determined that Ms. Owens was the substitute for the afternoon, and Plaintiff's hearing on this case was in the morning. Plaintiff contacted the court on Friday, February 6, 2015 and was told that they would confirm the identity of the court reporter who was brought in from a different court and inform the Plaintiff.

Plaintiff has not yet received the name of the correct court reporter. Plaintiff contacted the court yet again today and was told the court would inform her of the correct reporter as soon as possible. Plaintiff will arrange for payment of the Reporter's Record as soon as the correct reporter is identified.

Melissa Azadeh     Larry Watts     Jon Olson

PO Box 2214 • Missouri City, Texas 77459 • Voice 281 431 1500 • Fax 877 797 4055 • wattstrial@gmail.com

Respectfully submitted

Larry Watts